IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

IN RE:
RAFHIA ROSE FOSTER                                  BK. No. 19-11274-jkf
        Debtor

Chapter No. 13

HSBC BANK USA, N.A., AS TRUSTEE FOR
THE REGISTERED HOLDERS OF NOMURA
HOME EQUITY LOAN, INC., ASSET-BACKED
CERTIFICATES, SERIES 2006-HE3
        Movant                                      11 U.S.C. §362
    v.
RAFHIA ROSE FOSTER
        Respondent

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 24th day of October, 2019, at PHILADELPHIA, upon Motion of **HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE3**(Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1226 ATWOOD ROAD, PHILADELPHIA, PA 19151 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

RAFHIA ROSE FOSTER
1226 ATWOOD ROAD
PHILADELPHIA, PA 19151

BRAD J. SADEK
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106