UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Rafhia Rose Foster | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 19-11274 |

## ORDER

AND NOW, this 9th day of January 2020, upon consideration of the Motion to Reconsider the October 24, 2019 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED ~~and DECREED~~ that the stay shall be reinstated and the Order dated October 24, 2019 shall be Vacated subject to the following conditions made part of the record on January 7, 2020:

Within seven (7) calendar days from receipt of payment instructions from HSBC Bank, the Debtor shall remit the sum of $9,500.00 to HSBC Bank;

HSBC Bank shall file a new Proof of Claim upon receipt of the $9,500.00 crediting said sum to the total mortgage delinquency. The payment shall be applied to post-petition payment arrears and costs and then to any pre-petition arrears;

Within ten (10) calendar days following the filing of the proof of claim, the Debtor shall file a Modified Chapter 13 Plan providing for payment in full of any and all sums due and owing to HSBC Bank after the $9,500.00 is credited;

The Debtor shall remain current with her post-petition mortgage obligations;

In the event the Debtor is not current on her monthly post-petition mortgage obligations, or does not comply with the terms of this Order, HSBC Bank shall be entitled to immediate Relief from the Automatic Stay. upon filing a motion and receiving relief.

~~FURTHER ORDERED~~

*Jean K. FitzSimon*

Judge Jean K. FitzSimon ~~Jr.~~