**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | : | |
| RAFHIA ROSE FOSTER | : | BK. No. 19-11274-amc |
| Debtor | : | |
| | : | Chapter No. 13 |
| HSBC BANK USA, N.A., AS TRUSTEE FOR | : | |
| THE REGISTERED HOLDERS OF NOMURA | : | |
| HOME EQUITY LOAN, INC., ASSET-BACKED | : | |
| CERTIFICATES, SERIES 2006-HE3 | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| RAFHIA ROSE FOSTER | : | |
| Respondent | : | |

**CERTIFICATION OF DEFAULT**

**BROCK AND SCOTT, PLLC**, attorneys for Movant, hereby certifies that the above-captioned Debtors has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Jean K. Fitzsimmon on January 9, 2020.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's attorney and Debtor has failed to cure the default.

                                                */s/ Andrew Spivack*
                                                Andrew Spivack
                                                (Bar No. 84439)
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                302 Fellowship Road, Suite 130
                                                Mount Laurel, NJ 08054
                                                Telephone:  844-856-6646 x3017
                                                Facsimile:  704-369-0760
                                                E-Mail:  PABKR@brockandscott.com

January 18, 2021